UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BILLY FORESTER, | ) |
| Plaintiff, | ) 3:21-CV-00180-DCLC-DCP |
| v. | ) |
| SERVICE EXPERTS HEATING AND AIR CONDITIONING LLC, | ) |
| Defendant. | ) |

## JUDGMENT

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 19]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motion is **GRANTED**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/LeAnna Wilson
Clerk of Court